AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 8:57 am, May 10, 2024

United States of America
v.
CHARLES MANSON

*Defendant*

)
)
)
)
)
)
)

Case: 1:24-cr-00226
Assigned to: Judge Howell, Beryl A.
Assign Date: 5/9/2024
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHARLES MANSON

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 and § 860(a) - CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE FORTY GRAMS OR MORE OF OF FENTANYL WITHIN 1,000 FEET OF A PROTECTED LOCATION; 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(vi) - DISTRIBUTION OF FORTY GRAMS OR MORE OF FENTANYL; 18 U.S.C. § 922(g)(1) - POSSESSION OF AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR; 22 D.C. Code § 402 - ASSAULT WITH A DANGEROUS WEAPON; 22 D.C. Code § 1805 - AIDING AND ABETTING; 22 D.C. Code § 4504(b) - POSSESSION OF A FIREARM DURING A CRIME OF VIOLENCE OR DANGEROUS OFFENSE; FORFEITURE: 21 U.S.C. § 853(a) and (p)

Date: 05/09/2024

2024.05.09 16:43:19 -04'00'

*Issuing officer's signature*

City and state: WASHINGTON, DC

ROBIN M. MERIWEATHER, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 05/10/24, and the person was arrested on *(date)* 5/13/2024
at *(city and state)* Washington DC

Date: 5/14/2024

*Arresting officer's signature*

SCOTT BROWN FFO/FBI/MPD
*Printed name and title*